**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JUAN M. GONZALEZ,** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **CASE NO.** |
| **STATE FARM LLOYDS,** | § | |
|     **Defendant.** | § | |
| | § | |

# EXHIBIT 1
## Plaintiff's Pre-Suit Demand and Estimate



# Law Offices of R. Kent Livesay, P.C.
### 2510 S. Veterans Blvd.
### Edinburg, Texas 78539
### Phone: 956.992-8721 * Facsimile: 956.686.0050

March 29, 2016

State Farm
PO BOX 106169
Atlanta, GA 30348-619

*Via CMRR: 7015.3010.0000.3107.9685,*

**Attn: Gilbert Santos**

| Our Clients | : | Juan M Gonzalez |
|---|---|---|
| Policy No. | : | 83BYA7981 |
| Claim No. | : | 53609M126 |
| Property | : | 1904 Taxco Dr. Brownsville, TX 78521 |
| D. O. L. | : | May 28, 2014 |

### DEMAND FOR RELIEF UNDER THE TEXAS DECEPTIVE TRADE PRACTICES-CONSUMER PROTECTION ACT AND THE TEXAS INSURANCE CODE.

Dear Gilbert Santos:

This firm has been retained by **Juan M Gonzalez** to represent him in the handling and prosecution of him claims against **State Farm** under the Texas Deceptive Trade Practices-Consumer Protection Act (DTPA) and under the Texas Insurance Code, section 541.

**State Farm** is a "consumer(s)" within the definition as set forth in the DTPA because he purchased a policy of insurance from **State Farm**. It was represented to our client that this policy of insurance was in full force and effect for the policy period, and that any and all claims made by the insured would be handled in a manner consistent with the guidelines set forth in the Texas Insurance Code. In addition, my client is also a "person(s)" under the Texas Insurance Code with standing to bring claims under the Texas Insurance Code.

As you know, the insured has made a claim under the policy of insurance sold to them by **State Farm**. Your company has conducted an inadequate examination of the damage from the **May 28, 2014** hailstorm and the claims made by your insured. To date, the handling of the claims for windstorm/hailstorm and water damage, have resulted in significant problems for my client.

## DTPA
The DTPA violations of **State Farm** include but not limited to:

1.    Causing confusion or misunderstanding as to the course, sponsorship, approval, or certification of goods or services;



**Law Offices of R. Kent Livesay, P.C.**
2510 S. Veterans Blvd.
Edinburg, Texas 78539
Phone: 956.992-8721 * Facsimile: 956.686.0050

2.  Representing that an agreement confers or involves rights, remedies, or obligations, which it does not have or involve, or which are prohibited by law;

3.  Failure to disclose information concerning goods or services which was known at the time of transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information been disclosed;

4.  Misrepresenting to a claimant a material fact or policy provision relating to coverage at issue;

5.  Failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurers' liability has become reasonably clear;

6.  Failing to attempt, in good faith, to effectuate a prompt, fair, and equitable settlement under one portion of a policy of a claim with respect to which the insurers' liability has become reasonably clear in order to influence the claimant to settle an additional claim under another portion of the coverage, provided that this prohibition does not apply if payment under one portion of the coverage constitutes evidence of liability under another portion of the policy;

7.  Failing to provide promptly to a policyholder a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or for the offer of a compromise settlement of a claim;

8.  Failing with a reasonable time to affirm or deny coverage of a claim to a policyholder and/or submit a reservation of rights to a policyholder;

9.  Refusing, failing, or unreasonably delaying an offer of settlement under applicable first party coverage on the basis that other coverage may be available or that third parties are responsible for the damages suffered; except as may be specifically provided in the policy;

10. Undertaking to enforce a full and final release of a claim from a policyholder when only a partial payment has been made, provided that this prohibition does not apply to a compromise settlement of a doubtful or disputed claim;

11. Refusing to pay a claim without conducting a reasonable investigation with respect to the claim;

12. Making an untrue statement of material fact;

13. Failing to state a material fact that is necessary to make other statements made not misleading, considering the circumstances under which the statements were made;

14. Making a statement in such manner as to mislead a reasonably prudent person to a false conclusion of a material fact

15. Making a material misstatement of law; and

16. Failing to disclose any matter required by law to be disclosed, including a failure to make disclosure in accordance with another provision of the Texas Insurance Code.

**State Farm** actions are in violation of the DTPA and constitute producing causes of damage to my client.

Because of the nature of the claims and the circumstances surrounding the losses in question, **State Farm** decision to deny the claims or to delay payment on the claims even though it is reasonably clear the claims are covered constitutes "knowing" violations of the DTPA and the Texas Insurance Code sufficient to allow the imposition of



**Law Offices of R. Kent Livesay, P.C.**
2510 S. Veterans Blvd.
Edinburg, Texas 78539
Phone: 956.992-8721 * Facsimile: 956.686.0050

treble damages. Moreover, **State Farm**' "knowing" violations of the Texas Insurance Code and the DTPA have caused and continue to cause significant mental anguish to my client.

Furthermore, because of your **State Farm** violations of the DTPA and the Texas Insurance Code, our client is entitled to recover attorney's fees.

**\*Texas Insurance Code Violations\***
**State Farm** and its representatives have violated the Texas Insurance Code in the following manner including, but are not limited to:

1. Refusing to pay a claim without conducting a reasonable investigation with respect to the claim;
2. Making an untrue statement of material fact;
3. Failing to state a material fact that is necessary to make other statements made not misleading, considering the circumstances under which the statements were made;
4. Making a statement in such manner as to mislead a reasonably prudent person to a false conclusion of a material fact;
5. Making a material misstatement of law, or
6. Failing to disclose any matter required by law to be disclosed, including a failure to make disclosure in accordance with another provision of the Texas Insurance Code.

**\*Breach of Duty of Good Faith and Fair Dealing: Bad Faith \***
In addition, **State Farm** violated the duty of good faith and fair dealing by refusing to pay the claims in question even though you and your company knew or should have known that it was reasonably clear the claims were covered. **State Farm**'s breach of its duty of good faith and fair dealing has proximately caused injury and damage to my client.

**\*Breach of Contract \***
Moreover, by failing to pay benefits under the policy of insurance, **State Farm** breached the contract of insurance that existed between your company and our client. As a result, our client is entitled to recover actual damages, consequential damages and attorney's fees pursuant to §38.001 of the Texas Civil Practice & Remedies Code because of your breach of contract.

At this time, my client has to face the reality of not being able to live in her home while repair of the premises takes place in order to reduce or eliminate the very real dangers presented by the damages to the property. The potential costs of fixing the problems with the house are staggering, and that is why our client turned to you, their insurance representative and company, for assistance in this time of dire need. However, instead of help or adequate assistance, my client has suffered significant and real harm because of your misguided decisions.



# Law Offices of R. Kent Livesay, P.C.
## 2510 S. Veterans Blvd.
### Edinburg, Texas 78539
Phone: 956.992-8721 * Facsimile: 956.686.0050

---

As a result, please allow this correspondence to constitute notice under the Texas Deceptive Trade Practices Act and under the Texas Insurance Code of the claim, against you and your representatives. Please allow this correspondence to serve as notice pursuant to Chapter 38.001 of the Texas Civil Practice & Remedies Code.

The damages suffered by our client to date include:

| | | |
|---|---|---|
| **Total All Economic Damages** | : | $ 26,902.37 *(Scope attached as Exhibit A)* |
| **Prior Payment** | : | -$    0.00 |
| **Attorney Fees** | : | $ 8,877.78 |
| **TOTAL** | ; | $ 35,780.15 |

Because of the nature of the claims and the circumstances surrounding the losses in question, **State Farm's** actions constitute "knowing" violations of the DTPA and the Texas Insurance Code sufficient to allow the imposition of treble damages up to 3 times economic damages. **Please let this letter serve as my client's demand for a total of $ 35,780.15.**

Sincerely,
THE LAW OFFICES OF R. KENT LIVESAY, PC

R. Kent Livesay
Attorney at Law

---

# EXHIBIT

# A

04042015

Stonegate    **Stonegate Construction & Restoration, LLC**

> 5303 N  McColl
> McAllen, TX 78504
> 956- 992-8747

| Insured | Gonzalez, Juan |
| Property | 1904 Taxco Dr |
| | Brownsville, TX 78521 |

Claim Rep..    Randy Crow

Estimator    Randy Crow

**Claim Number:**                    **Policy Number:** 83-BY-A798-1                    **Type of Loss:** Wind/Hail Damage

| Date Contacted: | 2/19/2015 | | |
| Date of Loss: | 5/28/2014 | Date Received | 2/19/2015 |
| Date Inspected: | 2/19/2015 | Date Entered | 2/19/2015 3:34 PM |

| Price List: | TXMC8X_FEB15 |
| | Restoration/Service/Remodel |
| Estimate: | 2015-02-19-1534 |

Stone ate_ **Stonegate Construction & Restoration, LLC**

5303 N. McColl
McAllen, TX 78504
956- 992-8747

2015-02-19-1534
**SKETCH1**
**Main Level**

**Roof1**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1. R&R Ridge cap - composition shingles | 216.34 LF @ | 4.76 = | 1,029.78 |
| 2. Remove Tear off, haul and dispose of comp. shingles - Laminated | 20.51 SQ @ | 49.39 = | 1,012.99 |
| 3. Laminated - comp. shingle rfg. - w/out felt | 23.67 SQ @ | 161.72 = | 3,827.91 |
| 4. Roofing felt | 23.59 SQ @ | 23.40 = | 552.01 |
| 5. Asphalt starter - universal starter course | 230.21 LF @ | 1.26 = | 290.06 |
| 6. R&R Drip edge | 230.21 LF @ | 1.65 = | 379.84 |
| 7. Seal & paint trim - two coats | 230.21 LF @ | 0.93 = | 214.10 |
| 8. R&R Valley metal | 71.23 LF @ | 3.86 = | 274.95 |
| 9. R&R Roof vent - turtle type - Metal | 2.00 EA @ | 43.19 = | 86.38 |
| 10. R&R Flashing - pipe jack | 5.00 EA @ | 27.98 = | 139.90 |
| 11. Prime & paint roof jack | 5.00 EA @ | 23.78 = | 118.90 |
| 12. Digital satellite system - Detach & reset | 1.00 EA @ | 22.30 = | 22.30 |
| 13. Digital satellite system - alignment and calibration only | 1.00 EA @ | 66.89 = | 66.89 |
| 14. General clean - up | 8.00 HR @ | 26.66 = | 213.28 |

**Right Elevation**

**Windows**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 15. Reglaze double-pane thermal window unit | 1.00 EA @ | 226.23 = | 226.23 |
| 16. R&R Window screen | 1.00 EA @ | 26.26 = | 26.26 |
| 17. General clean - up | 1.00 HR @ | 26.66 = | 26.66 |

**Left Elevation**

**Windows**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 18. Reglaze double-pane thermal window unit | 1.00 EA @ | 226.23 = | 226.23 |
| 19. R&R Window screen | 1.00 EA @ | 26.26 = | 26.26 |
| 20. General clean - up | 1.00 HR @ | 26.66 = | 26.66 |

2015-02-19-1534

Stonegate **Stonegate Construction & Restoration, LLC**

5303 N. McColl
McAllen, TX 78504
956- 992-8747

**SKETCH2**
**Interior**

**Living Room**                                                                           Height: Tray

**Missing Wall**                    14' X 8'                    Opens into DINING_ROOM

| DESCRIPTION | | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Ceiling** | | | | |
| 21. Chandelier - Detach & reset | | 1.00 EA @ | 84.04 = | 84.04 |
| 22. Detach & Reset Heat/AC register | | 1.00 EA @ | 8.80 = | 8.80 |
| 23. R&R Blown-in insulation | | 242.51 SF @ | 1.18 = | 286.16 |
| 24. R&R Drywall - hung, taped, ready for texture | | 242.51 SF @ | 1.56 = | 378.32 |
| 25. Apply anti-microbial agent | | 242.51 SF @ | 0.16 = | 38.80 |
| 26. Seal the ceiling w/PVA primer | | 242.51 SF @ | 0.39 = | 94.58 |
| 27. Texture drywall - machine | | 242.51 SF @ | 0.31 = | 75.18 |
| 28. Paint the ceiling - two coats | | 242.51 SF @ | 0.65 = | 157.63 |
| **Walls** | | | | |
| 29. Detach & Reset Window drapery - hardware | | 1.00 EA @ | 22.40 = | 22.40 |
| 30. Paint the walls | | 368.00 SF @ | 0.64 = | 235.52 |
| **Clean/Mask/Move/Protect/Scaffolding** | | | | |
| 31. Contents - move out then reset | | 1.00 EA @ | 53.46 = | 53.46 |
| 32. Mask perimeter of ceiling | | 46.00 LF @ | 0.98 = | 45.08 |
| 33. Mask the walls of walls | | 368.00 SF @ | 0.17 = | 62.56 |
| 34. Mask perimeter of floor | | 46.00 LF @ | 0.98 = | 45.08 |
| 35. Floor protection - cloth - skid resistant, leak proof | | 222.83 SF @ | 0.72 = | 160.44 |
| 36. Final cleaning - construction - Residential | | 222.83 SF @ | 0.17 = | 37.88 |

**Dining Room**                                                                           Height: Tray

**Missing Wall**                    14' X 8'                    Opens into LIVING_ROOM
**Missing Wall**                    10' 7" X 8'                 Opens into KITCHEN

| DESCRIPTION | | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Ceiling** | | | | |
| 37. Chandelier - Detach & reset | | 1.00 EA @ | 84.04 = | 84.04 |
| 38. Detach & Reset Heat/AC register | | 1.00 EA @ | 8.80 = | 8.80 |
| 39. R&R Blown-in insulation | | 167.67 SF @ | 1.18 = | 197.85 |
| 40. R&R Drywall - hung, taped, ready for texture | | 167.67 SF @ | 1.56 = | 261.57 |
| 41. Apply anti-microbial agent | | 167.67 SF @ | 0.16 = | 26.83 |
| 42. Seal the ceiling w/PVA primer | | 167.67 SF @ | 0.39 = | 65.39 |
| 43. Texture drywall - machine | | 167.67 SF @ | 0.31 = | 51.98 |
| 44. Paint the ceiling - two coats | | 167.67 SF @ | 0.65 = | 108.99 |
| **Walls** | | | | |

2015-02-19-1534                                        2/19/2015                    Page: 3

Stone ate   **Stonegate Construction & Restoration, LLC**

5303 N. McColl
McAllen, TX 78504
956- 992-8747

**CONTINUED - Dining Room**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 45. Detach & Reset Window drapery - hardware | 1.00 EA @ | 22.40 = | 22.40 |
| 46. Paint the walls | 199.33 SF @ | 0.64 = | 127.57 |
| **Clean/Mask/Move/Protect/Scaffolding** | | | |
| 47. Contents - move out then reset | 1.00 EA @ | 53.46 = | 53.46 |
| 48. Mask perimeter of ceiling | 24.92 LF @ | 0.98 = | 24.42 |
| 49. Mask the walls of walls | 199.33 SF @ | 0.17 = | 33.89 |
| 50. Mask perimeter of floor | 24.92 LF @ | 0.98 = | 24.42 |
| 51. Floor protection - cloth - skid resistant, leak proof | 152.28 SF @ | 0.72 = | 109.64 |
| 52. Final cleaning - construction - Residential | 152.28 SF @ | 0.17 = | 25.89 |

**Kitchen**                                                                    Height: 8'

**Missing Wall**          10' 7'' X 8'              Opens into DINING_ROOM

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| **Ceiling** | | | |
| 53. Detach & Reset Light fixture | 1.00 EA @ | 32.32 = | 32.32 |
| 54. Detach & Reset Heat/AC register | 1.00 EA @ | 8.80 = | 8.80 |
| 55. R&R Blown-in insulation | 112.89 SF @ | 1.18 = | 133.21 |
| 56. R&R Drywall - hung, taped, ready for texture | 112.89 SF @ | 1.56 = | 176.11 |
| 57. Apply anti-microbial agent | 112.89 SF @ | 0.16 = | 18.06 |
| 58. Seal the ceiling w/PVA primer | 112.89 SF @ | 0.39 = | 44.03 |
| 59. Texture drywall - machine | 112.89 SF @ | 0.31 = | 35.00 |
| 60. Paint the ceiling | 112.89 SF @ | 0.64 = | 72.25 |
| **Walls** | | | |
| 61. Detach & Reset Window drapery - hardware | 1.00 EA @ | 22.40 = | 22.40 |
| 62. Detach & Reset Custom cabinets - wall units | 21.00 LF @ | 30.19 = | 633.99 |
| 63. Stain & finish cabinetry - upper - inside and out | 21.00 LF @ | 32.50 = | 682.50 |
| 64. Stain & finish cabinetry - lower - inside and out | 16.00 LF @ | 38.15 = | 610.40 |
| 65. Seal & paint casing | 15.83 LF @ | 1.37 = | 21.69 |
| 66. Seal & paint baseboard | 13.08 LF @ | 1.37 = | 17.92 |
| 67. Paint the walls | 256.67 SF @ | 0.64 = | 164.27 |
| **Clean/Mask/Move/Protect/Scaffolding** | | | |
| 68. Detach & Reset Refrigerator | 1.00 EA @ | 25.79 = | 25.79 |
| 69. Detach & Reset Range - freestanding - gas | 1.00 EA @ | 111.82 = | 111.82 |

**Stonegate**   **Stonegate Construction & Restoration, LLC**

5303 N McColl
McAllen, TX 78504
956-992-8747

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 70  Detach & Reset Range hood | 1.00  EA @ | 55.47 = | 55.47 |
| 71  Contents - move out then reset | 1.00  EA @ | 53.46 = | 53.46 |
| 72  Mask perimeter of ceiling | 32.08  LF @ | 0.98 = | 31.44 |
| 73  Mask the walls of walls | 256.67  SF @ | 0.17 = | 43.63 |
| 74  Mask perimeter of floor | 32.08  LF @ | 0.98 = | 31.44 |
| 75  Floor protection - cloth - skid resistant, leak proof | 112.89  SF @ | 0.72 = | 81.28 |
| 76  Final cleaning - construction - Residential | 112.89  SF @ | 0.17 = | 19.19 |

| Bathroom | | | Height: 8' |
|---|---|---|---|
| **DESCRIPTION** | **QTY** | **UNIT PRICE** | **TOTAL** |
| **Ceiling** | | | |
| 77  Exhaust fan - Detach & reset | 1.00  EA @ | 116.71 = | 116.71 |
| 78  Detach & Reset Heat/AC register | 1.00  EA @ | 8.80 = | 8.80 |
| 79  R&R Blown-in insulation | 41.72  SF @ | 1.18 = | 49.23 |
| 80  R&R Drywall - hung, taped, ready for texture | 41.72  SF @ | 1.56 = | 65.08 |
| 81  Apply anti-microbial agent | 41.72  SF @ | 0.16 = | 6.68 |
| 82  Seal the ceiling w/PVA primer | 41.72  SF @ | 0.39 = | 16.27 |
| 83  Texture drywall - machine | 41.72  SF @ | 0.31 = | 12.93 |
| 84  Paint the ceiling | 41.72  SF @ | 0.64 = | 26.70 |
| **Walls** | | | |
| 85  Detach & Reset Toilet | 1.00  EA @ | 170.28 = | 170.28 |
| 86  Detach & Reset Mirror | 1.00  SF @ | 4.02 = | 4.02 |
| 87  Detach & Reset Light bar | 1.00  EA @ | 32.00 = | 32.00 |
| 88  Detach & Reset Shower curtain rod | 1.00  EA @ | 10.46 = | 10.46 |
| 89  Seal & paint casing | 15.83  LF @ | 1.37 = | 21.69 |
| 90  Seal & paint baseboard | 26.75  LF @ | 1.37 = | 36.65 |
| 91  Paint the walls | 214.02  SF @ | 0.64 = | 136.97 |
| **Clean/Mask/Move/Protect/Scaffolding** | | | |
| 92  Contents - move out then reset | 1.00  EA @ | 53.46 = | 53.46 |
| 93  Mask perimeter of ceiling | 26.75  LF @ | 0.98 = | 26.22 |
| 94  Mask the walls of walls | 214.02  SF @ | 0.17 = | 36.38 |
| 95  Mask perimeter of floor | 26.75  LF @ | 0.98 = | 26.22 |
| 96  Floor protection - cloth - skid resistant, leak proof | 41.72  SF @ | 0.72 = | 30.04 |
| 97  Final cleaning - construction - Residential | 41.72  SF @ | 0.17 = | 7.09 |

Stone ate   **Stonegate Construction & Restoration, LLC**

5303 N. McColl
McAllen, TX 78504
956- 992-8747

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|

**General Requirements**

**Contents**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 98.  Moving van (24' - 27') and equipment - per day | 2.00 | EA @ | 163.59 = | 327.18 |
| 99.  Inventory, Packing, Boxing, and Moving charge - per hour | 30.00 | HR @ | 26.13 = | 783.90 |
| 100.  Off-site storage & insur. - climate controlled - per month | 500.00 | SF @ | 0.89 = | 445.00 |

**Debris Removal**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 101.  Dumpster load | 2.00 | EA @ | 589.34 = | 1,178.68 |

**On - Site Sanitation**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 102.  Temporary toilet (per month) | 1.00 | MO @ | 132.01 = | 132.01 |

**Supervision**

| DESCRIPTION | QTY | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 103.  Residential Supervision / Project Management - per hour | 40.00 | HR @ | 50.30 = | 2,012.00 |

**Taxes, Insurance, and Permits**

2015-02-19-1534

## Stonegate Construction & Restoration, LLC

5303 N. McColl
McAllen, TX 78504
956- 992-8747

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 104. Taxes, insurance, permits & fees | 1.00 EA @ | 750.00 = | 750.00 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 105. Window labor minimum | 1.00 EA @ | 16.93 = | 16.93 |
| 106. Heat, vent, & air cond. labor minimum | 1.00 EA @ | 132.44 = | 132.44 |
| 107. Water extract/remediation labor minimum | 1.00 EA @ | 13.69 = | 13.69 |
| 108. Window treatment repair | 1.00 EA @ | 34.99 = | 34.99 |
| 109. Mirror/shower door labor minimum | 1.00 EA @ | 98.21 = | 98.21 |
| 110. Finish hardware labor minimum | 1.00 EA @ | 91.77 = | 91.77 |

## Grand Total Areas:

| | | |
|---|---|---|
| 1,038.02  SF Walls | 564.79  SF Ceiling | 1,602.81  SF Walls and Ceiling |
| 529.72  SF Floor | 58.86  SY Flooring | 129.75  LF Floor Perimeter |
| 0.00  SF Long Wall | 0.00  SF Short Wall | 129.75  LF Ceil. Perimeter |
| 529.72  Floor Area | 573.84  Total Area | 1,038.02  Interior Wall Area |
| 1,215.77  Exterior Wall Area | 135.09  Exterior Perimeter of Walls | |
| 151.79  Surface Area | 1.52  Number of Squares | 96.00  Total Perimeter Length |
| 0.00  Total Ridge Length | 34.87  Total Hip Length | |

Stonegate   **Stonegate Construction & Restoration, LLC**

5303 N. McColl
McAllen, TX 78504
956- 992-8747

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 21,837.81 |
| Material Sales Tax | 414.35 |
| Cleaning Mtl Tax | 0.95 |
| Subtotal | 22,253.11 |
| Overhead | 2,225.42 |
| Profit | 2,225.42 |
| Cleaning Sales Tax | 198.42 |
| **Replacement Cost Value** | **$26,902.37** |
| **Net Claim** | **$26,902.37** |

Randy Crow

 **Stonegate Construction & Restoration, LLC**

5303 N McColl
McAllen, TX 78504
956- 992-8747

1   1-1904 Taxco Dr
Date Taken  2/11/2015

Brownsville, TX 78521



2.   2-Roof
Date Taken 2/11/2015

Roof.



StoneGate  **Stonegate Construction & Restoration, LLC**

5303 N. McColl
McAllen, TX 78504
956- 992-8747

3   3-Roof
    Date Taken: 2/11/2015

    Roof



4   4-Roof
    Date Taken: 2/11/2015

    Roof



StoneGate **Stonegate Construction & Restoration, LLC**

5303 N McColl
McAllen, TX 78504
956- 992-8747

5    5-Roof
     Date Taken 2/11/2015

     Roof.



6    6-Roof
     Date Taken: 2/11/2015

     Roof.



StoneGate   **Stonegate Construction & Restoration, LLC**

5303 N. McColl
McAllen, TX 78504
956- 992-8747

7   7-Roof
    Date Taken: 2/11/2015

    Roof



8   8-Roof
    Date Taken: 2/11/2015

    Roof



Stone gate   **Stonegate Construction & Restoration, LLC**

5303 N McColl
McAllen, TX 78504
956- 992-8747

9    9-Roof
     Date Taken 2/11/2015

     Roof



10   10-Roof
     Date Taken 2/11/2015

     Roof



2015-02-19-1534

StoneGate    **Stonegate Construction & Restoration, LLC**

5303 N  McColl
McAllen, TX 78504
956- 992-8747

11   11-Roof
Date Taken: 2/11/2015

Roof.



12   12-Roof
Date Taken: 2/11/2015

Roof.



StoneGate  **Stonegate Construction & Restoration, LLC**

5303 N  McColl
McAllen, TX 78504
956- 992-8747

13   13-Roof
Date Taken: 2/11/2015

Roof.



14   14-Roof.
Date Taken: 2/11/2015

Roof.



Stone ate   **Stonegate Construction & Restoration, LLC**

5303 N. McColl
McAllen, TX 78504
956- 992-8747

15   15-Roof
Date Taken: 2/11/2015

Roof



16   16-Roof
Date Taken: 2/11/2015

Roof



StoneGate   **Stonegate Construction & Restoration, LLC**

5303 N  McColl
McAllen, TX 78504
956- 992-8747

17   17-Roof
Date Taken  2/11/2015

Roof



18   18-Roof
Date Taken  2/11/2015

Roof



Stone`ate    **Stonegate Construction & Restoration, LLC**

5303 N  McColl
McAllen, TX 78504
956- 992-8747

19    19-Roof
      Date Taken: 2/11/2015

      Roof.



20    20-Exterior
      Date Taken: 2/11/2015

      Right elevation window.



StoneGate  **Stonegate Construction & Restoration, LLC**

5303 N McColl
McAllen, TX 78504
956- 992-8747

21   21-Exterior
Date Taken: 2/11/2015

Right elevation window.



22   22-Exterior:
Date Taken: 2/11/2015

Left elevation window.



StoneGate   **Stonegate Construction & Restoration, LLC**

5303 N. McColl
McAllen, TX 78504
956- 992-8747

23   23-Exterior
     Date Taken: 2/11/2015

     Left elevation window.



24   24-Kitchen
     Date Taken: 2/11/2015

     Kitchen.



Stonegate **Stonegate Construction & Restoration, LLC**

5303 N. McColl
McAllen, TX 78504
956- 992-8747

25   25-Kitchen
Date Taken: 2/11/2015

Kitchen.



26   26-Bathroom:
Date Taken: 2/11/2015

Bathroom:



StoneGate   **Stonegate Construction & Restoration, LLC**

5303 N. McColl
McAllen, TX 78504
956- 992-8747

27   27-Bathroom
Date Taken: 2/11/2015

Bathroom.

