## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN M. GONZALEZ<br>*Plaintiff,* | § § § § | |
| vs. | § § § § § | CIVIL ACTION NO. 1:16-CV-00247 |
| STATE FARM LLOYDS<br>*Defendant.* | § § | |

## PLAINTIFF'S MOTION TO REMAND

### A. Introduction

1. Plaintiff is Juan M. Gonzalez; Defendant is State Farm Lloyds.

2. On May 26, 2016 Plaintiffs sued Defendant for mishandling of his claim arising out of wind/hail damage to his home, violations under the Texas Deceptive Trade Practices-Consumer Protection Act ("DTPA"), violations of the Texas Insurance Code, including violations of the Prompt Payment of Claims Act and Unfair Insurance Practice, and for Breach of Contract in the 444th District Court of Cameron County.

3. Defendant State Farm Lloyds was served with citation and notice of the suit.

4. Defendant filed its Notice of Removal on September 23, 2016.

### B. Argument

5. The court may remand a case on the basis of any defect identified in a motion for remand filed within 30 days after the filing of the Notice of Removal under 28 U.S.C. §1446(a). 28 U.S.C. §1447(c).

6. The court should remand this case to state court because the amount in controversy is less than $75,000.00, excluding interest, costs, and attorney fees. 28 U.S.C. §1332(a); *see Darden v. Ford*

*Consumer Fin. Co., F.3d.* 753, 755 (11th Cir. 2000).  The amount in controversy is only

$26,902.37

### C.  Conclusion

7.  Plaintiffs' lawsuit against Defendants was filed as a result of Defendants' mishandling of

Plaintiffs' wind/hail property damage claim and DTPA violations.  This Court should remand this

case to state court because the amount in controversy does not exceed $75,000.00.

8.  For the reasons stated above, Plaintiffs ask this Honorable Court to grant Plaintiffs' Motion to

Remand, remand this suit to the state court it was originally filed, and award Plaintiffs their court

costs, expenses, and attorney's fees.

Respectfully submitted,

William J. McCarthy
Law Offices of R. Kent Livesay, P.C.
2510 S. Veterans Blvd.
Edinburg, Texas 78539
(956) 686-5776
(986) 686-0050 facsimile
bill@livesaylawfirm.com
litigation@livesaylawfirm.com

*William J. McCarthy*
State Bar No. 13372500
Federal Id No. 2444
**ATTORNEY-IN-CHARGE**
**FOR PLAINTIFF JUAN M. GONZALEZ**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent via FACSIMILE SERVICE and/or ELECTRONIC MAIL to counsel listed below on **September 28, 2016**.

Sarah Nicolas
TSBN 24013543/SDOT 32122
ATLAS, HALL & RODRIGUEZ, LLP
11940 Jollyville Rd., Suite 125-S
Austin, Texas 78759
Phone: 512-583-0579
Facsimile: 512-291-3909
Email: snicolas@atlashall.com
ATTORNEY IN CHARGE FOR DEFENDANT

**Of Counsel:**
Dan K. Worthington
TSBN 00784811/SDOT 20871
ATLAS, HASS & RODRIGUEZ, LLP
818 w. Pecan Blvd. 78501
P.O. Box 3275
McAllen TX 78502
Phone: 956-682-5501
Facsimile: 956-686-6109

_William J. McCarthy_
State Bar No. 13372500
Federal Id No. 2444
**ATTORNEY-IN-CHARGE**
**FOR PLAINTIFF**

## VERIFICATION

State of Texas        §

County of <u>HIDALGO</u>     §

Before me, the undersigned authority, on this day personally appeared <u>William J. McCarthy</u> who being by me duly sworn on his oath deposed and said that he has read the above and foregoing Motion to Remand and that every statement contained herein is made upon information and belief or is within his personal knowledge and is true and correct.

SUBSCRIBED and SWORN TO before me this _____ day of _____, 2016.

Notary Public in and for the State of Texas
My Commission Expires: ___3/3/2018___

Notary's Printed Name:

_____Diana Reyna_____

DIANA REYNA
Notary Public. State of Texas
My Commission Expires
March 03, 2018