United States District Court
Southern District of Texas
**ENTERED**
October 27, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN M. GONZALEZ,<br>    Plaintiff, | §<br>§<br>§<br>§ |
| v. | § Civil Action No. 1:16-CV-00247 |
| STATE FARM LLOYDS,<br>    Defendant. | §<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the "Magistrate Judge's Report and Recommendation" (Docket No. 7) is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that "Plaintiff's Motion to Remand" (Docket No. 3) and related request for court costs, expenses, and attorney's fees are **DENIED**.

Signed on this 27th day of October, 2016.

_____
Rolando Olvera
United States District Judge