IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN M. GONZALEZ, <br>     Plaintiff, <br><br> vs. <br><br> STATE FARM LLOYDS, <br>     Defendant. | § § § § § § § § § <br><br> CASE NO. 1:16-cv-247 |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant State Farm Lloyds and files this Notice of Settlement and announce to the Court as follows:

1. The Parties jointly come before the Court and announce that all claims and controversies between them have been resolved.

2. The Parties will submit final disposition papers within thirty (30) days of this notice.

WHEREFORE PREMISES CONSIDERED the Parties request that the Court take notice of this Notice of Settlement advising that all claims between all parties have now been resolved.

Respectfully submitted,

By: *Sarah Nicolas*
Sarah Nicolas
TSBN 24013543/SDOT 32122
**ATLAS, HALL & RODRIGUEZ, LLP**
11940 Jollyville Rd., Suite 125-S
Austin, Texas 78759
512-583-0579 – Phone
512-291-3909 – Fax
snicolas@atlashall.com - Email
**ATTORNEY IN CHARGE FOR DEFENDANT**

By: _____
William J. McCarthy
**LAW OFFICES OF R. KENT LIVESAY, P.C.**
2510 S. Veterans Blvd.
Edinburg, Texas 78539
(956) 686-5776 – Phone
(956) 686-0050 – Fax
litigation@livesaylawfirm.com
**ATTORNEY IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On this 8th day of November, 2016 the undersigned counsel certifies that all counsel of record have been served a copy of the foregoing document in compliance with the Federal Rules of Civil Procedure and via the court's electronic filing system as follows:

William J. McCarthy
**LAW OFFICES OF R. KENT LIVESAY, P.C.**
2510 S. Veterans Blvd.
Edinburg, Texas 78539
(956) 686-5776 – Phone
(956) 686-0050 – Fax
litigation@livesaylawfirm.com

**Attorneys for Plaintiff**

_____
Sarah A. Nicolas