United States District Court
Southern District of Texas
**ENTERED**
November 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN GONZALEZ,<br>Plaintiff,<br><br>v.<br><br>STATE FARM LLOYDS,<br>Defendant. | §<br>§<br>§<br>§  Civil Action No. 1:16-cv-00247<br>§<br>§<br>§ |

## NOTICE TO PARTIES

The Court is in receipt of the parties "Notice of Settlement" (Docket No. 11). In the event that the parties do not file the appropriate subsequent paperwork, including an Agreed Judgment, the Court will enter a dismissal order, *sua sponte*, in thirty (30) days.

Signed on this 16th day of November, 2016.

Rolando Olvera
United States District Judge